AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Silverstein, Laurie S. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Delaware | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge -Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>824 Market Street<br>Wilmington, Delaware 19801 |
|---|
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Planned Parenthood of Delaware |
| 2. | Officer | Watersfield Homeowners Association |
| 3. | Director | Delaware Bar Foundation |
| 4. | Executive Committee | Milton & Hattie Kutz Home |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2014 | Amended and Restated Limited Liability Partnership Agreement of Potter Anderson & Corroon LLP, a Delaware limited liability partnership |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Potter Anderson & Corroon LLP, retirement benefit (gross) | $461,253.85 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Pennsylvania State University, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 3/7/2018 to 3/8/2017 | Washington, D.C. | ABA Lawyer's Division Day on Capital Hill | Transportation, Lodging |
| 2. | Federal Judicial Center | 3/13/2016 to 3/16/2017 | Charleston, S.C. | FJC educational seminar | Transportation, Lodging, Food |
| 3. | Committee of the Administration of the Bankruptcy System | 4/4/2017 to 4/7/2017 | San Juan, Puerto Rico | Court Survey | Transportation, Lodging, Food |
| 4. | Administrative Office | 6/15/2017 to 6/16/2017 | Washington, D.C. | Judicial Conference Budget Committee Orientation | Transportation, Lodging |
| 5. | Administrative Office | 7/10/2017 to 7/13/2017 | Washington, D.C. | Judicial Conference Budget Committee Meeting | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | ABI | 8/3/2017 to 8/5/2017 | Hershey, Pa | CLE | Transportation, Lodging |
| 7. | FJC | 9/18/2017 to 9/19/2017 | Washington, D.C. | Tape program for Bankruptcy Judge Orientation | Transporation, Lodging, Food |
| 8. | National Conference of Bankruptcy Judges | 10/7/2017 to 10/10/2017 | Las Vegas, NV | NCBJ Annual Conference | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Silverstein, Laurie S. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Smugglers Notch Resort | Condo Fee | J |
| 2. | Gettysburg College | tuition | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank account | A | Interest | N | T | | | | | |
| 2. Artisans' Bank account | B | Interest | N | T | | | | | |
| 3. WSFS Bank accounts | A | Interest | O | T | | | | | |
| 4. M&T Bank accounts | A | Interest | M | T | | | | | |
| 5. Bank of America account | A | Interest | M | T | | | | | |
| 6. TD Bank student account | | None | J | T | | | | | |
| 7. Smugglers Notch Resort | D | Rent | M | T | | | | | |
| 8. Pennsylvania 529 Guaranteed Savings Plan | D | | M | T | Distributed (part) | 12/11/17 | K | | |
| 9. PAC Retirement Fund -- Vanguard Prime Money Market | | None | | | Sold | 06/01/17 | J | | |
| 10. Vanguard Wellington Fund Admiral Shares | E | Dividend | O | T | | | | | |
| 11. Vanguard Windsor II Fund Investor Shares | E | Dividend | O | T | | | | | |
| 12. PAC Retirement Fund -- FAIRX | | None | | | Sold | 06/01/17 | L | | |
| 13. PAC Retirement Fund -- LLINX | | None | | | Sold | 06/01/17 | K | | |
| 14. PAC Retirement Fund DEFIX | | None | | | Sold | 06/05/17 | L | | |
| 15. PAC Retirement Fund -- WGRNX | | None | | | Sold | 06/05/17 | L | | |
| 16. PAC Retirement Fund--Vanguard Target Retirement 2010 Fund | | None | | | Sold | 07/24/17 | N | | |
| 17. Vanguard Retirement Income | D | Dividend | N | T | Spinoff (from line 16) | 07/24/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Silverstein, Laurie S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Bank Deposit Program | | None | L | T | | | | | |
| 19. FPACX | A | Dividend | J | T | Sold (part) | 02/23/17 | J | A | |
| 20. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 21. PRWCX | A | Dividend | J | T | Buy (add'l) | 06/19/17 | J | | |
| 22. IVWIX | | None | | | Sold | 06/19/17 | J | A | |
| 23. AEP | B | Dividend | K | T | | | | | |
| 24. EPD | B | Distribution | K | T | | | | | |
| 25. HCN | B | Dividend | K | T | | | | | |
| 26. MO | B | Dividend | K | T | | | | | |
| 27. MRK | B | Dividend | K | T | | | | | |
| 28. ARTKX | | None | | | Sold | 01/06/17 | L | | |
| 29. APDKX | B | Dividend | M | T | Spinoff (from line 28) | 01/06/17 | L | | |
| 30. FMIHX | A | Dividend | M | T | Buy (add'l) | 01/16/17 | J | | |
| 31. | | | | | Sold (part) | 05/16/17 | M | D | |
| 32. NSEIX | B | Dividend | L | T | Buy | 01/06/17 | J | | |
| 33. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 34. | | | | | Sold (part) | 06/16/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EPSYX | A | Dividend | | | Buy (add'l) | 01/06/17 | J | | |
| 36. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 37. | | | | | Sold | 06/16/17 | K | D | |
| 38. POSKX | C | Dividend | N | T | | | | | |
| 39. TIBIX | B | Dividend | N | T | Buy | 01/06/17 | J | | |
| 40. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 41. | | | | | Buy (add'l) | 06/16/17 | K | | |
| 42. VFIAX | D | Dividend | N | T | | | | | |
| 43. | | | | | | | | | |
| 44. VTMGX | C | Dividend | L | T | Buy | 01/16/17 | K | | |
| 45. AMVFX | A | Dividend | J | T | Sold (part) | 06/19/17 | J | A | |
| 46. OAKBX | A | Dividend | | | Sold (part) | 02/23/17 | J | A | |
| 47. | | | | | Sold | 06/19/17 | J | A | |
| 48. VBIAX | A | Dividend | | | Sold | 06/19/17 | J | B | |
| 49. VEIRX | B | Dividend | L | T | Buy | 01/06/17 | J | | |
| 50. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 51. | | | | | Sold (part) | 06/16/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RAI | A | Dividend | | | Sold | 02/21/17 | K | D | |
| 53. LSWWX | A | Dividend | J | T | Buy | 06/19/17 | J | | |
| 54. FMIYX | A | Dividend | L | T | Buy | 05/16/17 | L | | |
| 55. PRDGX | A | Dividend | L | T | Buy | 01/06/17 | J | | |
| 56. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 57. | | | | | Sold (part) | 06/16/17 | K | A | |
| 58. PRIDX | A | Dividend | L | T | Buy | 05/16/17 | L | | |
| 59. VGSTX | A | Dividend | J | T | Buy | 06/19/17 | J | | |
| 60. CAIFX | B | Dividend | L | T | Buy | 06/16/17 | L | | |
| 61. VDADX | B | Dividend | L | T | Buy | 06/16/17 | L | | |
| 62. VTMGX | C | Dividend | M | T | Buy | 01/06/17 | J | | |
| 63. CD -- Wells Fargo Bank NA | | None | L | T | | | | | |
| 64. CD -- Wells Fargo Bank NA | A | Interest | | | Redeemed | 12/18/17 | L | | |
| 65. CD--Bank of India | | None | L | T | Buy | 12/26/17 | L | | |
| 66. CD--Luana Savings Bank | | None | L | T | Buy | 01/03/17 | L | | |
| 67. CD--State Bank of India | | None | L | T | Buy | 06/22/17 | L | | |
| 68. CD -- CIT Bank NA | A | Interest | | | Redeemed | 06/21/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ML Bank Deposit Program | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 7, Smugglers Notch Resort -- fractional share purchased January, 2003 for $142,600. Located in Smuggler's Notch Resort

Part VII line 8, Pennsylvania 529 Guaranteed Savings Plan appreciates each year based on Penn State's tuition increase. This account is not invested in stock.

Part II, line 1 is 401(k) Plan. Do not know if there is a date.

Part VII, lines 9-17, PAC Retirement Fund rolled over into an IRA

Part VII, lines 63-68 CDs were purchased through Merrill Lynch. Interest of CDs is deposited in ML Bank Deposit Program (Bank of America N.A. money market accoun

Part VII, lines 28-29, Share class exchange from ARTKX TO APDKX

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurie S. Silverstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544